## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | CIVIL ACTION NO: 2:21-cv-00084-DBH |
| **Plaintiff** | **RESPONSE TO PROCEDURAL ORDER** |
| **vs.** | RE:<br>4 Galina Lane, f/k/a 191 Dyer Road, Lewiston, ME 04240 |
| Gloria J. Nye n/k/a Gloria J. Rizeakos and Benjamin P. Campo, Jr., Esq., Special Administrator of the Estate of Charles J. Nye, Jr. a/k/a Charles J. Nye | Mortgage:<br>February 27, 2006<br>Book 6686, Page 250 |
| **Defendants** | |

NOW COMES, the Plaintiff in this matter, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, and hereby responds to this Honorable Court's Procedural Order dated March 29, 2021. In response to this Court's Procedural Order dated March 29, 2021, Plaintiff states that upon information and belief, the subject loan is not a government backed mortgage, and as such is not affected or subject to the federal moratorium on federally backed mortgages.

DATED: April 5, 2021

/s/John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq. hereby certify that on April 5, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/John A. Doonan, Esq.
/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Gloria J. Nye n/k/a Gloria J. Rizeakos
c/o Charlene E. Philbrook, Esq.
49 Waterhouse Road
Dayton, ME 04005

Benjamin P. Campo, Jr., Esq., Special Administrator of the Estate of Charles J. Nye, Jr. a/k/a
Charles J. Nye
90 Bridge Street, Suite 100
Westbrook, ME 04092